# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL TODD BOTELHO,
           Appellant,

vs.

JAMES BENEDETTI, WARDEN; AND
THE STATE OF NEVADA,
           Respondents.

No. 73593

**FILED**

AUG 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion to dismiss all charges with prejudice for the lack of subject matter jurisdiction of district court." Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]In light of this order, we take no action on the pro se documents filed on August 11 and 16, 2017.

 

cc:    Hon. Jerome M. Polaha, District Judge
Michael Todd Botelho
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A